An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

## IN THE SUPREME COURT OF THE STATE OF NEVADA

ARNALDO F. TRABUCCO, AN INDIVIDUAL,
Appellant,
vs.
SPARKS MEDICAL PROPERTIES, LLC, A DELAWARE LIMITED LIABILITY COMPANY,
Respondent.

No. 59327

**FILED**

MAY 06 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Following the withdrawal of appellant's counsel, this court gave appellant 30 days to either file and serve his civil proper person appeal statement or cause new counsel to enter an appearance in this matter. To date, appellant has failed to comply with or otherwise respond to this court's directive. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc: Second Judicial District Court Dept. 8
Margaret M. Crowley, Settlement Judge
Arnaldo F. Trabucco
Robison Belaustegui Sharp & Low
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-13152